# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: §
§ CASE NO. 20-07768
ALAN T. LEWIS §
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Specialized Loan Servicing LLC | Pingora Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**6200 S. Quebec St.**
**Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx6077**

Court Claim # (if known): 3-2
Amount of Claim: $174,020.76
Date Claim Filed: 11/30/2020

Phone:
Last Four Digits of Acct.#:7769

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx6077**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma     Date: 05/21/2021
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 24, 2021via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Alan T. Lewis
112 Long Ave
Schaumburg, IL 60193

**Debtors' Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076

**Chapter 13 Trustee**
M.O. Marshall
55 East Monroe St., Suite 3850
Chicago, Illinois 60603

Respectfully Submitted,

/s/ Matthew Tillma
Matthew Tillma